**SIGNED.**

**Dated: July 10, 2020**

*Paul Sala, Bankruptcy Judge*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| FERNANDO AND NEYELI PULIDO, | Case No. 2:20-bk-07377-PS |
| Debtors. | **ORDER SETTING HEARING ON DEBTORS' MOTION TO EXTEND THE AUTOMATIC STAY** |

This matter comes before the Court on the Debtors' Motion to Extend the Automatic Stay (the "Motion"). Pursuant to 11 U.S.C. § 362(c)(3)(A), the automatic stay terminates on the 30th day after the filing of the case if the debtors have a previous case dismissed within the preceding 1-year period. For the Court to extend the automatic stay beyond the 30-day period in this case, the Debtors must demonstrate, <u>by clear and convincing evidence (e.g., witness testimony, documents)</u>, that the present case was filed in good faith. Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic hearing to consider the Motion on July 16, 2020 at 11:30 a.m. per the Court's General Order 20-3 all appearances will be by phone, the parties are to call 877-402-9757, access code 4376956 a few minutes prior to the hearing time.

**IT IS FURTHER ORDERED** that the hearing will be an evidentiary hearing at which the Debtors shall be prepared to present admissible evidence in support of their Motion. Debtors' counsel shall file, three days prior to the hearing date, the Debtors' declaration and any exhibits in support of their motion.

1    **IT IS FURTHER ORDERED** that the Debtors shall provide notice of this Order to all
2    interested parties, in the most expeditious manner available, and file a certificate of service
3    thereon.
4    **IT IS FURTHER ORDERED THAT** the automatic stay shall remain in effect pending
5    the Court's ruling on the Motion.
6                                   **DATED AND SIGNED ABOVE.**

2
Case 2:20-bk-07377-PS    Doc 17    Filed 07/10/20    Entered 07/10/20 15:59:34    Desc
Main Document    Page 2 of 2