UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                    ) Chapter: 13
                                          ) Case No. 2:20-bk-07377
FERNANDO PULIDO                           )
                                          ) **NOTICE OF HEARING ON MOTION**
and                                       ) **TO CONTINUE AUTOMATIC STAY**
                                          ) **AFTER PRIOR DISMISSAL WITHIN**
NAYELI PULIDO,                            ) **YEAR OF FILING**
                                          )
Debtors                                   )

PLEASE TAKE NOTICE that on July 16, 2020 at 11:30 a.m. **a hearing will be had on Debtor's Motion to Continue Automatic Stay After Prior Dismissal Within Year of Filing.**

Per the Court's General Order 20-3 all appearances will be by phone, the parties are to call 877-402-9757, access code 4376956 a few minutes prior to the hearing time

The Motion is based upon this Notice, the facts alleged in the Motion and Debtors Schedules filed in this case. Copies of these pleadings, if not served upon you, may be obtained by contacting the undersigned counsel or viewed at the United States Bankruptcy Court at 230 N. First Avenue, Phoenix Arizona.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not want the Court to grant the relief consider your view, you or your attorney must attend the Hearing. If you or your attorney do not attend the Hearing, the Court may grant the relief requested in the Motion

Dated: July 13, 2020

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

Debtor's Motion to Continue Stay

Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd. Ste. S-9
Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 13th day of July 2020 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown
Chapter 13 Trustee
3838 North Central Avenue
Phoenix, AZ 85012
mail@ch13bk.com

Carvana
PO Box 29018
Pnoenix AZ  85038
dl-collectionsbankruptcyteam@drivetime.com

Creditors appearing on
the attached Master Mailing List


/s/ Tom McAvity

Debtor's Motion to Continue Stay

Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd. Ste. S-9
Phoenix, AZ 85018

Pulido, Fernando and Nayeli - 2:20-bk-07377

ACCOUNT RESOLUTION SERVICES
ATTN: BANKRUPTCY
PO BOX 459079
SUNRISE FL 33345


AMERICAN HONDA FINANCE
ATTN: BANKRUPTCY
PO BOX 168088
IRVING TX 75016


ARIZONA DEPARTMENT OF REVENUE
P.O. BOX 52016
PHOENIX AZ 85038-9204


BROWNS COLLECTION SVC
1700 S 1ST AVE
YUMA AZ 85364


BUREAU OF MEDICAL ECONOMICS
ATTN: BANKRUPTCY
PO BOX 20247
PHOENIX AZ 85036


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130


CAPITAL ONE/HELZBERG
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130


CARVANA
PO BOX 29018
PHOENIX AZ 85038


CBCS
250 E BROAD ST #4
COLUMBUS OH 43216


CHILDRENS PLACE
500 PLAZA DRIVE
SECAUCUS NJ 07094

Pulido, Fernando and Nayeli - 2:20-bk-07377

COMENITY - VICTORIA'S SECRET
PO BOX 659728
SAN ANTONIO TX 78265-9728


COMENITY BANK
PO BOX 182789
COLUMBUS OH 43218-2789


CREDIT ONE BANK
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193


CREDIT SERVICE COMPANY
ATTN: BANKRUPTCY
PO BOX 1120
COLORADO SPRINGS CO 80901


DISCOVER FINANCIAL
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 15316
WILMINGTON DE 19850


EMERALD AR SYSTEMS
3636 NORTH CENTRAL AVENUE
SUITE 650
PHOENIX AZ 85012


GRANT & WEBER
ATTN: BANKRUPTCY
26610 AGOURA ROAD, SUITE 209
CALABASAS CA 91302


HUGHES FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 11900
TUCSON AZ 85734


IRS
CENTRAL INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Pulido, Fernando and Nayeli - 2:20-bk-07377

KOHLS/CAPITAL ONE
ATTN: CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201


LAW OFFICE OF JAMES VAUGHAN, PC
11445 E. VIA LINDA
STE 2-610
SCOTTSDALE AZ 85259


MIDLAND FUNDING
ATTN: BANKRUPTCY
350 CAMINO DE LA REINE  STE 100
SAN DIEGO CA 92108


NAVIET
ATTN: CLAIMS DEPT
PO BOX 9500
WILKES-BARR PA 19773


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLD VA 23502


R&D WONG INVESMENTS LLC
10765 GRAND AVE
SUN CITY AZ 85351


TARGET
ATTN: BANKRUPTCY
PO BOX 9475
MINNEAPOLIS MN 55440


TINYTEETH
15661 W. ROOSEVELT STREET
GOODYEAR AZ 85338


TROJAN PROFESSIONAL SRVS
ATTN: BANKRUPTCY
PO BOX 1270
LOS ALAMITOS CA 90720

Pulido, Fernando and Nayeli - 2:20-bk-07377

WELLS FARGO BANK NA
ATTN: BANKRUPTCY
1 HOME CAMPUS MAC X2303-01A
DES MOINES IA 50328